IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 08-cr-87-bbc |
| v. | |
| PRINCE P. BECK, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The order entered in this case on March 10, 2009, prohibiting defendant from making any telephone calls from the jail to anyone other than his lawyer is VACATED. The need for the order no longer exists.

Entered this 17th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1